Form 20nreaf

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215–2414**

---

In Re: Rodney Rodreques Scruggs Jr

       Debtor(s)

SSN/TAX ID:
    xxx–xx–4769

Case No.: 2:13–bk–50543

Chapter: 7

Judge: Charles M Caldwell

---

# NOTICE OF FAILURE TO FILE
# COMPLETED AND CERTIFIED
# REAFFIRMATION AGREEMENT COVER SHEET

   On April 29, 2013, a Reaffirmation Agreement was filed by Cap;ital One, NA – Best Buy (Doc. No. 13). The Reaffirmation Agreement was not accompanied by the Reaffirmation Agreement Cover Sheet (Official Form 27) ("Cover Sheet") as required by Fed. R. Bankr. P. 4008 (effective December 1, 2009), *or* the accompanying Cover Sheet is incomplete and/or uncertified.

   Notice is hereby given that a completed and certified Cover Sheet must be filed within 21 days from the date of this notice or the Reaffirmation Agreement will be disapproved. The Clerk will withhold the issuance of a discharge during this period.

Dated: May 2, 2013

                                                FOR THE COURT:
                                                Kenneth Jordan
                                                Clerk, U.S. Bankruptcy Court

Copies To:

Default List
Capital One, NA
Best Buy Co Inc
c/o Bass & Assoc PC
3936 E Ft Lowell Ste 200
Tucson AZ 85713