Form 20oreaf

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215–2414**

---

In Re: Rodney Rodreques Scruggs Jr

     Debtor(s)

SSN/TAX ID:
   xxx–xx–4769

Case No.: 2:13–bk–50543

Chapter: 7

Judge: Charles M Caldwell

---

### ORDER DISAPPROVING REAFFIRMATION AGREEMENT
### FOR FAILURE TO FILE COMPLETED AND CERTIFIED
### REAFFIRMATION AGREEMENT COVER SHEET

On April 29, 2013, a Reaffirmation Agreement was filed by Capital One, N.A. – Best Buy Co., Inc. (Doc. No. 13). The Reaffirmation Agreement was not accompanied by a Reaffirmation Agreement Cover Sheet (Official Form 27)("Cover Sheet") as required by Fed. R. Bankr. P. 4008 (effective December 1, 2009), or the Cover Sheet accompanying the Reaffirmation Agreement was incomplete and/or uncertified. The Court issued a notice of failure to file a completed and certified Cover Sheet and directed that a completed and certified Cover Sheet be filed within 21 days.

The Court finds that no Cover Sheet was timely filed, or the Cover Sheet filed in response is incomplete and/or uncertified, in violation of Fed. R. Bankr. P. 4008. The Reaffirmation Agreement is therefore DISAPPROVED.

**IT IS SO ORDERED.**

Dated: May 31, 2013

*Charles M. Caldwell*
Charles M Caldwell
United States Bankruptcy Judge

Copies to:

Default List
Capital One, NA
Best Buy Co Inc
c/o Bass & Assoc PC
3936 E Ft Lowell Ste 200
Tucson AZ 85713